**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6840**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

       v.

HERMAN LEE INGRAM,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Henry E. Hudson, District Judge.  (3:05-cr-00361-HEH-1)

———————

Submitted: August 16, 2012          Decided:  August 21, 2012

———————

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Herman Lee Ingram, Appellant Pro Se.   Olivia L. Norman, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Lee Ingram appeals the district court's order denying his motion seeking a reduction of sentence under 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error, given that Ingram is ineligible for the reduction that he seeks. Accordingly, we affirm the judgment of the district court. United States v. Ingram, No. 3:05-cr-00361-HEH-1 (E.D. Va. Apr. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED